IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY BLAZEK, Conservator of Sam J. Teeters; and SAM J. TEETERS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SHARED SERVICES SYSTEMS, INC., and NEBRASKA METHODIST HEALTH SYSTEM, INC.,<br><br>　　　　　　　Defendants. | 8:20CV79<br><br>THIRD AMENDED<br>CASE PROGRESSION ORDER |

　　　　This matter comes before the Court on the plaintiffs' Unopposed Motion to Amend the Case Progression Order (Filing No. 32). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

　　　　**IT IS ORDERED** that the Unopposed Motion to Amend the Case Progression Order (Filing No. 32) is granted, and the second amended case progression order is amended as follows:

1) The deadline to file motions to compel written discovery under Rules 33, 34, 36 and 45 is extended to **April 23, 2021**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) A planning conference to discuss dispositive motions, the pretrial conference and trial dates, and settlement status will be held with the undersigned magistrate judge remains scheduled on **May 4, 2021**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **May 14, 2021**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds remains **June 4, 2021**.

5) The deadline for filing motions to dismiss and motions for summary judgment remains **June 4, 2021**.

6) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 9th day of April, 2021.

                                        BY THE COURT:

                                        s/Michael D. Nelson
                                        United States Magistrate Judge