# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MOLLY BLAZEK, CONSERVATOR OF SAM. J. TEETERS, AND SAM J. TEETERS, <br><br> Plaintiffs, <br><br> v. <br><br> SHARED SERVICES SYSTEMS, INC., AND NEBRASKA METHODIST HEALTH SYSTEMS, INC., <br><br> Defendants. | CASE NO. 8:20-cv-79 <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER IS BEFORE THE COURT upon the parties' Joint Stipulation for Dismissal. The Court finds that the parties' request for dismissal should be approved.

WHEREFORE, IT IS ORDERED the above-referenced action should be and hereby is dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

Dated this 12th day of April 2022.

s/ Joseph F. Bataillon<br>
Senior United States District Judge